IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

WILLIE D. LATIMORE,

    Plaintiff,

vs.

    Civil Action File
    No.: 1:06-CV-089 (WLS)

COOPER TIRE & RUBBER COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The stipulations of the Plaintiff and Defendant are hereby approved, and the stated case is hereby dismissed with prejudice, each party to bear their own costs.

This 27th day of April, 2007.

W. Louis Sands
Chief Judge, United States District Court
for the Middle District of Georgia

This Document Prepared By:

Louis E. Hatcher
Attorney for the Plaintiff
Watson, Spence, Lowe & Chambless, LLP
Post Office Box 2008
Albany, Georgia 31702-2008
229-426-1545
State Bar No.: 337342
lhatcher@wslc-attorneys.com

2